CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 08 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEREMY LYNN MITCHELL,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00221 |
| v. | ) ) ) | **ORDER** |
| STEVEN CLEAR, et al.,<br>    Defendants. | ) ) ) | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED** without prejudice as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This ___8th___ day of December, 2015.

/s/ Michael F. Urbanski
United States District Judge